NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CANEX INTERNATIONAL LUMBER SALES, LTD.,**
*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

---

2010-1512

---

Appeal from the United States Court of International Trade in case no. 02-CV-0596, Chief Judge Jane A. Restani.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of the motion to withdraw Emily Lawson as counsel for Canex International Lumber Sales Ltd.,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

__FEB 0 7 2011__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Joel R. Junker, Esq.
Emily Lawson, Esq.
Aimee Lee, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**FEB 0 7 2011**

**JAN HORBALY**
**CLERK**